```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A94-0307--CV (JWS)
              "TODD KNUDSON ET AL V F/V ALASKAN DAWN ET AL"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/08/94
            Closed: 12/02/94

       Jurisdiction:
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: Seamans P/I (28:1313)

             Origin:
             Demand:
         Filing fee:
           Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | [T] KNUDSON, TODD | No counsel found for this party! |
| PLF 2.1 | [T] NIKOLAYEV, NIKOLAI | No counsel found for this party! |
| PLF 3.1 | GILBERT, WILLIAM | Scott A. Sterling<br>Sterling & DeArmond PC<br>851 E. Westpoint Drive<br>Suite 201<br>Wasilla, AK 99654<br>907-376-8076<br>FAX 907-376-8078 |
| PLF 4.1 | GILBERT, NORMA | Scott A. Sterling<br>(see above) |
| DEF 1.1 | [T] ALASKA DAWN, F/V | No counsel found for this party! |
| DEF 2.1 | DEWEES, ROBERT | No counsel found for this party! |
| DEF 3.1 | [T] GILBERT, WILLIAM | No counsel found for this party! |
| DEF 4.1 | [T] GILBERT, NORMA | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                CIVIL DOCKET ENTRIES FOR CASE A94-0307--CV (JWS)             │
│                   "TODD KNUDSON ET AL V F/V ALASKAN DAWN ET AL"             │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/08/94
           Closed: 12/02/94

     Jurisdiction:
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: Seamans P/I (28:1313)

           Origin:
           Demand:
       Filing fee:
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 5 - 1 | 08/17/94 | Attorney Appearance DEF 1 of S. Sterling. |
| 6 - 1 | 08/24/94 | PLF 1-2 Return of Service on R. Dewees, Executed by process server 7/25/94 |
| 7 - 1 | 08/24/94 | PLF 1-2 Return of Service on R. Dewees, Executed by cert mail 7/22/94. |
| 8 - 1 | 08/24/94 | PLF 1-2 motion for prtl SJ agnst R. Dewees w/att memo, affs & exhbs. |
| 9 - 1 | 08/26/94 | DEF 3-4 verified Claim to vessel. |
| 10 - 1 | 09/13/94 | Stipulation / Unopposed Motion that claimants have to 9-30-94 to answer cmplnt. |
| 11 - 1 | 09/14/94 | JWS Minute Order that pltf file proof of svc & require ans or take dflt w/in 20 days. cc cnsl. |
| 10 - 2 | 09/15/94 | JWS Order granting stip re; ext of 40dys to effect service of process in rem. cc cnsl USM |
| 12 - 1 | 09/16/94 | JWS Order denying motion for prtl SJ agnst R. Dewees (8-1). cc cnsl. |
| 13 - 1 | 09/22/94 | JWS Order re; communications with the court should take the form of pleadings, not letters. cy cnsl w/att copy of letter. |
| 14 - 1 | 10/11/94 | JWS Minute Order re def R. DeWees will be dsmssed for lack of prosecution. cy csnl |
| 15 - 1 | 10/13/94 | DEF 3-4 Report re: status rpt. |
| 16 - 1 | 10/19/94 | JWS Minute Order accepting status rpt, C-1&2 have to 11-13-94 to stip dsmssl re D-1 & substituting in as parties-pltfs agnst D-2. cy cnsl. |
| 17 - 1 | 10/21/94 | PLF 1-2; DEF 3-4 Stipulation that pltfs claims agnst DEF 1 dsmsd, pltfs & clmnts Gilbert claims agnst DEF DeWees are assigned & transferred to Gilberts & shall be substituted for pltfs. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A94-0307--CV (JWS)
           "TODD KNUDSON ET AL V F/V ALASKAN DAWN ET AL"
```

For all filing dates

```
Document #   Filed      Docket text

   17 -  2   10/27/94   JWS Order granting stip to dsms pltf cmplt agnst vessel w/prej, pltfs &
                        Gilberts that pltfs' interest in claims agnst DeWees' are assigned &
                        transferred to Gilberts', Gilberts' to be substituted for pltfs & case
                        will continue agnst DeWees'. cc cnsl.

   18 -  1   11/16/94   PLF 3-4; DEF 1 Application for entry of default against D2 Robert
                        DeWees.

   19 -  1   11/17/94   Clerk's Notice of ENTRY OF DEFAULT against Robert DeWees.  cy cnsl, R.
                        DeWees.

   20 -  1   11/29/94   PLF 3-4 motion (application) for default judgment.

   21 -  1   12/02/94   JWS Judgment for pltf agnst def for $79,302.82 w/int at 6.48%, costs of
                        $495.54, and attny's fees of $17,767.43.  cy csnl, O&J 9419, R. DeWees

   21 -  2   12/02/94   JWS Order granting motion (application) for default judgment (20-1)
```